**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
DISTRICT OF PUERTO RICO, SAN JUAN DIVISION

Case number *(if known)* _____  Chapter __11__

☐ Check if this is an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | CONCORDE METRO SEGUROS LLC |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 66-0851254 |

| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|---|---|
| | | 1600 S FEDERAL HWY SUITE 570 Pompano Beach, FL 33062 | |
| | | Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | Broward | **Location of principal assets, if different from principal place of business** |
| | | County | METRO MEDICAL CENTERROAD 2 KM 12.3 Bayamon, PR 00959 |
| | | | Number, Street, City, State & ZIP Code |

| 5. | **Debtor's website** (URL) | |
|---|---|---|

| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
|---|---|---|
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: |

Debtor **CONCORDE METRO SEGUROS LLC** _____ Case number (*if known*) _____
     Name

| | | |
|---|---|---|
| 7. | **Describe debtor's business** | A. *Check one:* <br> ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) <br> ☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) <br> ☐ Railroad (as defined in 11 U.S.C. § 101(44)) <br> ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) <br> ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) <br> ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) <br> ☐ None of the above <br><br> B. *Check all that apply* <br> ☐ Tax-exempt entity (as described in 26 U.S.C. §501) <br> ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3) <br> ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11)) <br><br> C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes. <br> ____ |
| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* <br> ☐ Chapter 7 <br> ☐ Chapter 9 <br> ☒ Chapter 11. *Check **all** that apply*: <br>      ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that). <br>      ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). <br>      ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11. <br>      ☐ A plan is being filed with this petition. <br>      ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). <br>      ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. <br>      ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. <br> ☐ Chapter 12 |
| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** <br> If more than 2 cases, attach a separate list. | ☒ No. <br> ☐ Yes. <br><br> District _____ When _____ Case number _____ <br> District _____ When _____ Case number _____ |
| 10. | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ☒ No <br> ☐ Yes. |
| | List all cases. If more than 1, attach a separate list | Debtor _____ Relationship _____ <br> District _____ When _____ Case number, if known _____ |

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 2

Debtor   CONCORDE METRO SEGUROS LLC _____   Case number (*if known*) _____
         Name

| 11. | **Why is the case filed in *this district*?** | *Check all that apply:* |
|---|---|---|
| | | ☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | | ☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☒ No |
|---|---|---|
| | | ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed. |
| | | **Why does the property need immediate attention?** (*Check all that apply.*) |
| | | ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. |
| | |     What is the hazard? _____ |
| | | ☐ It needs to be physically secured or protected from the weather. |
| | | ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). |
| | | ☐ Other _____ |
| | | **Where is the property?** _____ |
| | |     Number, Street, City, State & ZIP Code |
| | | **Is the property insured?** |
| | | ☐ No |
| | | ☐ Yes.  Insurance agency _____ |
| | |        Contact name _____ |
| | |        Phone _____ |

### Statistical and administrative information

| 13. | **Debtor's estimation of available funds** | . | *Check one:* |
|---|---|---|---|
| | | | ☒ Funds will be available for distribution to unsecured creditors. |
| | | | ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| 14. | **Estimated number of creditors** | ☒ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
|---|---|---|---|---|

| 15. | **Estimated Assets** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☒ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
|---|---|---|---|---|

| 16. | **Estimated liabilities** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☒ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
|---|---|---|---|---|

Debtor  CONCORDE METRO SEGUROS LLC                                     Case number (*if known*)
Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   March 24, 2025
              MM / DD / YYYY

**X** /s/ JOSEPH C. LEBAS JR.                         JOSEPH C. LEBAS JR.
Signature of authorized representative of debtor       Printed name

Title   ADMINISTRATOR

**18. Signature of attorney**

**X** /s/ Javier Vilarino                             Date   March 24, 2025
Signature of attorney for debtor                             MM / DD / YYYY

Javier Vilarino 223503
Printed name

Vilarino and Associates LLC
Firm name

PO Box 9022515
San Juan, PR 00902
Number, Street, City, State & ZIP Code

Contact phone   (787) 565-9894      Email address   jvilarino@vilarinolaw.com

223503 PR
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | CONCORDE METRO SEGUROS LLC |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO, SAN JUAN DIVISION |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   March 24, 2025            **X** /s/ JOSEPH C. LEBAS JR.
                                           Signature of individual signing on behalf of debtor

                                           JOSEPH C. LEBAS JR.
                                           Printed name

                                           ADMINISTRATOR
                                           Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | CONCORDE METRO SEGUROS LLC |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO, SAN JUAN DIVISION |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| ANTILLES QUALITY SERVICE<br>29 C. DIANA<br>Fort Buchanan, PR 00934 | | | | | | $2,018.45 |
| ASOC DE CONDOMINES METRO MEDICAL CENTER<br>PO BOX 2957<br>Bayamon, PR 00960 | | | Contingent<br>Unliquidated<br>Disputed | | | $199,188.65 |
| Autoridad de Acueductos Alcantarillados<br>PO Box 70101<br>San Juan, PR 00936-8101 | | | | | | $496.11 |
| CRIM<br>PO BOX 195387<br>San Juan, PR 00919-5387 | | | | | | $0.00 |
| DRH PARKING MANAGEMENT LLC<br>PO BOX 488<br>Puerto Real, PR 00740 | | | | | | $6,000.00 |
| Internal Revenue Services<br>Internal Revenue Service Center<br>Austin, TX 73301-0010 | | | | | | $0.00 |
| JLL<br>27 GONZALEZ GIUSTI STREET TRES RIOS BUILDING<br>Guaynabo, PR 00968 | | | | | | $1,664.00 |

Official form 204  Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims  page 1

Debtor **CONCORDE METRO SEGUROS LLC** Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| JOSEPH C. LEBAS JR. 1600 S. FEDERAL HIGHWAY SUITE 570 Pompano Beach, FL 33062 | | | | | | $176,016.16 |
| LUMA ENERGY REVENUE PROTECTION PO BOX 364267 San Juan, PR 00936-4267 | (844) 888-5862 | Utilities | | | | $12,366.15 |
| MOJICA AIR CONDITIONING LLC AVE. LOMAS VERDES N9 URB. LOMAS VERDES Bayamon, PR 00956 | | | | | | $1,248.00 |
| Municipio de Bayamon PO Box 1588 Bayamon, PR 00960-1588 | | | | | | $0.00 |
| PR Treasury Department PO BOX 9024140San Juan, PR 00902-4140 | | | | | | $0.00 |
| TORO COLON MULLET PSC PO BOX 195383 San Juan, PR 00919 | | | | | | $0.00 |
| USIC PO Box 2111 San Juan, PR 00922-2111 | | | | | | $5,000.00 |

Official form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims     page 2

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

B2030 (Form 2030) (12/15)

## United States Bankruptcy Court
### District of Puerto Rico, San Juan Division

| | | |
|---|---|---|
| In re | CONCORDE METRO SEGUROS LLC | Case No. |
| | Debtor(s) | Chapter  11 |

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   ☐ **FLAT FEE**

   | | |
   |---|---|
   | For legal services, I have agreed to accept ................................................... | $ |
   | Prior to the filing of this statement I have received ....................................... | $ |
   | Balance Due ................................................................................................. | $ |

   ☒ **RETAINER**

   | | |
   |---|---|
   | For legal services, I have agreed to accept and received a retainer of........................... | $   25,000.00 |
   | The undersigned shall bill against the retainer at an hourly rate of............................... | $   375.00 |

   [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

   ☒ Debtor     ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ☒ Debtor     ☐ Other (specify):

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. [Other provisions as needed]
      In return for the above-disclosed fee, we have also agreed to render the following legal services:
      a. Meet with the debtor to review the debtor's debts, assets, liabilities, income, and expenses.
      b. Explain to the debtor how the attorney's fees and trustee's fees are paid and provide an executed copy of this document to the debtor.
      c. Advise the debtor of the requirement to attend the ? 341 Meeting of Creditors, and instruct the debtor as to the date, time and place of the meeting.
      d. Advise the debtor of the need to file any due tax returns prior to the ? 341 Meeting of Creditors. e. Advise the debtor of the necessity of maintaining liability, collision and comprehensive insurance on
      vehicles securing loans or leases.
      f. Timely prepare and file the debtor's petition, statements and schedules.
      g. Appear at the ? 341 Meeting of Creditors with the debtor. h. Prepare, file, and serve necessary amended statements and schedules, in accordance with information
      provided by the debtor.
      i. Object to improper or invalid claims, if necessary, based upon documentation provided by the debtor.
      j. Represent the debtor in motions for relief from stay and motions to dismiss.
      k. Provide such other legal services as are necessary for the administration of the present case before the
      bankruptcy court.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   This agreement does not contemplate any work in local state courts, administrative courts, or any other forum other than the Bankruptcy Court. Adversary proceedings and appeals are also outside the scope of agreement with the debtor(s).

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                                                    Best Case Bankruptcy

In re    CONCORDE METRO SEGUROS LLC                                   Case No. _____
                                      Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
## (Continuation Sheet)

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| March 24, 2025 | /s/ Javier Vilarino |
|---|---|
| *Date* | Javier Vilarino 223503 |
| | *Signature of Attorney* |
| | Vilarino and Associates LLC |
| | PO Box 9022515 |
| | San Juan, PR 00902 |
| | (787) 565-9894   Fax: |
| | jvilarino@vilarinolaw.com |
| | *Name of law firm* |

# United States Bankruptcy Court
### District of Puerto Rico, San Juan Division

In re: CONCORDE METRO SEGUROS LLC

Debtor(s)

Case No.

Chapter 11

# VERIFICATION OF CREDITOR MATRIX

I, the ADMINISTRATOR of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: March 24, 2025

/s/ JOSEPH C. LEBAS JR.
JOSEPH C. LEBAS JR./ADMINISTRATOR
Signer/Title

```
ANTILLES QUALITY SERVICE
29 C. DIANA
Fort Buchanan, PR 00934


ASOC DE CONDOMINES METRO MEDICAL CENTER
PO BOX 2957
Bayamon, PR 00960


ASOC DE CONDOMINES METRO MEDICAL CENTER
URB. HERMANAS DAVILA
CALLE J #9
Bayamon, PR 00959


Autoridad de Acueductos Alcantarillados
PO Box 70101
San Juan, PR 00936-8101


CRIM
PO BOX 195387
San Juan, PR 00919-5387


DRH PARKING MANAGEMENT LLC
PO BOX 488
Puerto Real, PR 00740


Internal Revenue Services
Internal Revenue Service Center
Austin, TX 73301-0010


JLL
27 GONZALEZ GIUSTI STREET
TRES RIOS BUILDING
Guaynabo, PR 00968


JOSEPH C. LEBAS JR.
1600 S. FEDERAL HIGHWAY
SUITE 570
Pompano Beach, FL 33062


LUMA ENERGY
REVENUE PROTECTION
PO BOX 364267
San Juan, PR 00936-4267


MOJICA AIR CONDITIONING LLC
AVE. LOMAS VERDES N9
URB. LOMAS VERDES
Bayamon, PR 00956


Municipio de Bayamon
PO Box 1588
Bayamon, PR 00960-1588


PR Treasury Department
PO BOX 9024140
San Juan, PR 00902-4140
```

```
TORO COLON MULLET PSC
PO BOX 195383
San Juan, PR 00919


USIC
PO Box 2111
San Juan, PR 00922-2111
```

# United States Bankruptcy Court
## District of Puerto Rico, San Juan Division

In re: CONCORDE METRO SEGUROS LLC, Debtor(s)

Case No.
Chapter 11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  CONCORDE METRO SEGUROS LLC  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

CONCORDE POWDER SPRINGS LLC

TRE HOLDINGS LLC

☐ None [*Check if applicable*]

March 24, 2025
Date

/s/ Javier Vilarino
Javier Vilarino 223503
Signature of Attorney or Litigant
Counsel for   CONCORDE METRO SEGUROS LLC
Vilarino and Associates LLC
PO Box 9022515
San Juan, PR 00902
(787) 565-9894  Fax:
jvilarino@vilarinolaw.com