**Fill in this information to identify the case:**

Debtor name    CONCORDE METRO SEGUROS LLC

United States Bankruptcy Court for the:    DISTRICT OF PUERTO RICO, SAN JUAN DIVISION

Case number (if known)    25-01269

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    April 9, 2025      **X** /s/ JOSEPH C. LEBAS JR.
                                      Signature of individual signing on behalf of debtor

                                      JOSEPH C. LEBAS JR.
                                      Printed name

                                      ADMINISTRATOR
                                      Position or relationship to debtor

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com             Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    CONCORDE METRO SEGUROS LLC

United States Bankruptcy Court for the:    DISTRICT OF PUERTO RICO, SAN JUAN DIVISION

Case number (if known)    25-01269

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

**Part 1:**    **Summary of Assets**

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
      Copy line 88 from *Schedule A/B*.................................................................................... $     2,243,165.04

    1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*................................................................................. $     267,049.19

    1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*.................................................................................. $     2,510,214.23

**Part 2:**    **Summary of Liabilities**

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................... $     1,698,044.27

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................... $     0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$     243,893.24

4.    **Total liabilities** ........................................................................................
    Lines 2 + 3a + 3b        $     1,941,937.51

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   CONCORDE METRO SEGUROS LLC

United States Bankruptcy Court for the:   DISTRICT OF PUERTO RICO, SAN JUAN DIVISION

Case number (if known)   25-01269

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.   Go to Part 2.
   ☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | BPPR ACCOUNT | Checking | 4715 | $0.00 |
| 3.2. | BANCO POPULAR | Checking | 5270 | $2,569.86 |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**

    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

    | $2,569.86 |
    | --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☐ No.   Go to Part 3.
   ☒ Yes Fill in the information below.

7.  **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

| | | |
| --- | --- | --- |
| 7.1. | AAA | $250.00 |
| 7.2. | LUMA | $23,500.00 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                     Best Case Bankruptcy

| Debtor | CONCORDE METRO SEGUROS LLC | Case number *(If known)* 25-01269 |
|---|---|---|
| | Name | |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

9. **Total of Part 2.**
   Add lines 7 through 8. Copy the total to line 81. | $23,750.00 |

| Part 3: | Accounts receivable |

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☒ Yes Fill in the information below.

11. **Accounts receivable**

11b. Over 90 days old: ___204,048.33___ - ___0.00___ =.... ___$204,048.33___
face amount      doubtful or uncollectible accounts

12. **Total of Part 3.**
   Current value on lines 11a + 11b = line 12.   Copy the total to line 82. | $204,048.33 |

| Part 4: | Investments |

13. **Does the debtor own any investments?**

☒ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** KITCHEN FIXTURE | $1,750.00 | Book Value | $2,500.00 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | CONCORDE METRO SEGUROS LLC | Case number *(If known)* 25-01269 |
|---|---|---|
| | Name | |

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**                                                                                                                                    $2,500.00
Add lines 39 through 42.   Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 8:   Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.   Go to Part 9.
☒ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| 50-ton air conditioner | $10,054.30 | Book Value | $34,181.00 |

51. **Total of Part 8.**                                                                                                                                    $34,181.00
Add lines 47 through 50.   Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 9:   Real property

54. **Does the debtor own or lease any real property?**

☐ No.   Go to Part 10.
☒ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                                  Best Case Bankruptcy

| Debtor | CONCORDE METRO SEGUROS LLC | Case number *(if known)* | 25-01269 |
|---|---|---|---|
| | Name | | |

| | | | | | |
|---|---|---|---|---|---|
| apartment or office building, if available. | | | | | |
| 55.1. | See Exhibit A-21 Apartments located at Cond Metro Medical Center Bayamon Sur. | Business and Lessor | $1,215,832.98 | N/A | $2,243,165.04 |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| $2,243,165.04 |
|---|

**57. Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 10:   Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☒ No.   Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:   All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No.   Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor  CONCORDE METRO SEGUROS LLC

Name

Case number *(If known)*  25-01269

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $2,569.86 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $23,750.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $204,048.33 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.**  *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $34,181.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.....................................................................> | | $2,243,165.04 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $267,049.19 | + 91b. $2,243,165.04 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,510,214.23 |

Condominio Metro Medical Center de Bayamon Sur.

| FINCA | METROS | | BPPR- Mortgage |
|-------|--------|--------------------|-------------------|
| 81131 | 40.95 | Local: Adm. Office. | $ 16,644.52 |
| 81132 | 82.37 | Local: Food Vendor 2. | $ 46,567.00 |
| 81133 | 54.46 | Local: Food Vendor 3 | $ 16,644.52 |
| 81134 | 57.42 | Local: Food Vendor 4 | $ 46,567.00 |
| 81135 | 184.36 | A-102 | $ 149,504.00 |
| 81101 | 2,885 | A-701 | $ 565,368.00 |
| 81103 | 44.2778 | A-702 | $ 35,911.00 |
| 81104 | 45 | A-703 | $ 38,292.00 |
| 81106 | 101.2626 | A-705 | $ 82,127.00 |
| 81138 | 81.17 | B-501 | $ 64,713.00 |
| 81139 | 79.8 | B-502 | $ 64,713.00 |
| 81140 | 79.8 | B-503 | $ 64,713.00 |
| 81141 | 177.61 | B-504 | $ 144,029.00 |
| 81142 | 170.65 | B-505 | $ 138,385.00 |
| 81143 | 179.63 | B-506 | $ 145,662.00 |
| 81144 | 81.17 | B-601 | $ 65,823.00 |
| 81145 | 79.8 | B-602 | $ 64,713.00 |
| 81146 | 79.8 | B-603 | $ 64,713.00 |
| 81147 | 177.61 | B-604 | $ 144,029.00 |
| 81148 | 170.65 | B-605 | $ 138,385.00 |
| 81149 | 179.63 | B-606 | $ 145,662.00 |
| | | | **$ 2,243,165.04** |

EXHIBIT B- SCHEDULE A/B - PART 3 LINE 11

# Concorde Metro Seguros, LLC

## A/R Aging Summary

As of January 31, 2025

|  | CURRENT | 1 - 30 | 31 - 60 | 61 - 90 | 91 AND OVER | TOTAL |
|---|---|---|---|---|---|---|
| A/R |  |  |  |  | 0.00 | $0.00 |
| MBTI of Puerto Rico |  |  |  |  | 183,084.08 | $183,084.08 |
| MJ's Family & Friends Funds LLC/ Forex Group |  |  |  |  | 3,020.18 | $3,020.18 |
| Movimiento Servicios Psicologicos LLC |  |  |  |  | 1,550.84 | $1,550.84 |
| V&F Corp (Skisitos) |  |  |  |  | 16,393.23 | $16,393.23 |
| TOTAL | $0.00 | $0.00 | $0.00 | $0.00 | $204,048.33 | $204,048.33 |

**Fill in this information to identify the case:**

Debtor name    CONCORDE METRO SEGUROS LLC

United States Bankruptcy Court for the:    DISTRICT OF PUERTO RICO, SAN JUAN DIVISION

Case number (if known)    25-01269

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims | | |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** Banco Popular de PR<br>Creditor's Name | **Describe debtor's property that is subject to a lien**<br>See Exhibit A | $1,698,044.27 | $2,243,165.04 |
| PO Box 362708<br>San Juan, PR 00936-2708<br>Creditor's mailing address | | | |
| | **Describe the lien**<br>Loan | | |
| | **Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes | | |
| Creditor's email address, if known | **Is anyone else liable on this claim?**<br>☐ No<br>☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Date debt was incurred** | | | |
| **Last 4 digits of account number**<br>9001 | **As of the petition filing date, the claim is:**<br>Check all that apply | | |
| **Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

**3.**    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $1,698,044.27

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 | | |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Marini Pietrantoni Mu?iz LLC<br>250 Ponce de Leon Ave,<br>Suite 900<br>San Juan, PR 00918 | Line 2.1 | 9001 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name _CONCORDE METRO SEGUROS LLC_

United States Bankruptcy Court for the: _DISTRICT OF PUERTO RICO, SAN JUAN DIVISION_

Case number (if known) _25-01269_

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☒ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address** <br> ANTILLES QUALITY SERVICE <br> 29 C. DIANA <br> Fort Buchanan, PR 00934 <br><br> **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _Maintenance_ <br><br> Is the claim subject to offset?  ☒ No   ☐ Yes | $2,018.45 |
| **3.2** | **Nonpriority creditor's name and mailing address** <br> ASOC DE CONDOMINES METRO MEDICAL CENTER <br> PO BOX 2957 <br> Bayamon, PR 00960 <br><br> **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☒ Contingent <br> ☒ Unliquidated <br> ☒ Disputed <br><br> **Basis for the claim:** _HOA_ <br><br> Is the claim subject to offset?  ☒ No   ☐ Yes | Unknown |
| **3.3** | **Nonpriority creditor's name and mailing address** <br> Autoridad de Acueductos Alcantarillados <br> PO Box 70101 <br> San Juan, PR 00936-8101 <br><br> **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _Utilities_ <br><br> Is the claim subject to offset?  ☒ No   ☐ Yes | $496.11 |
| **3.4** | **Nonpriority creditor's name and mailing address** <br> CRIM <br> PO BOX 195387 <br> San Juan, PR 00919-5387 <br><br> **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br><br> Is the claim subject to offset?  ☒ No   ☐ Yes | Unknown |
| **3.5** | **Nonpriority creditor's name and mailing address** <br> DRH PARKING MANAGEMENT LLC <br> PO BOX 488 <br> Puerto Real, PR 00740 <br><br> **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _Professional Services_ <br><br> Is the claim subject to offset?  ☒ No   ☐ Yes | $6,000.00 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | CONCORDE METRO SEGUROS LLC | Case number (if known) | 25-01269 |
|---|---|---|---|
| | Name | | |

---

**3.6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown
Internal Revenue Services
Internal Revenue Service Center
Austin, TX 73301-0010

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** TAXES

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,664.00
JLL
27 GONZALEZ GIUSTI STREET
TRES RIOS BUILDING
Guaynabo, PR 00968

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $211,616.16
JOSEPH C. LEBAS JR.
1600 S. FEDERAL HIGHWAY
SUITE 570
Pompano Beach, FL 33062

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Cash Advances

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $20,850.52
LUMA ENERGY
REVENUE PROTECTION
PO BOX 364267

San Juan, PR 00936-4267

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** 8992

**Basis for the claim:** Utilities

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,248.00
MOJICA AIR CONDITIONING LLC
AVE. LOMAS VERDES N9
URB. LOMAS VERDES
Bayamon, PR 00956

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Professional Services

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown
Municipio de Bayamon
PO Box 1588
Bayamon, PR 00960-1588

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Taxes

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.12** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown
PR Treasury Department
PO BOX 9024140San Juan, PR 00902-4140

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Taxes

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | CONCORDE METRO SEGUROS LLC | Case number (if known) | 25-01269 |
|---|---|---|---|
| | Name | | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

TORO COLON MULLET PSC
PO BOX 195383
San Juan, PR 00919

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Professional Services_

Is the claim subject to offset? ☒ No   ☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

USIC
PO Box 2111
San Juan, PR 00922-2111

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Notice Only_

Is the claim subject to offset? ☒ No   ☐ Yes

## Part 3:   List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | ASOC DE CONDOMINES METRO MEDICAL CENTER<br>URB. HERMANAS DAVILA<br>CALLE J #9<br>Bayamon, PR 00959 | Line _3.2_<br><br>☐ Not listed. Explain ____ | _ |

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 243,893.24 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 243,893.24 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                 Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___CONCORDE METRO SEGUROS LLC___

United States Bankruptcy Court for the: ___DISTRICT OF PUERTO RICO, SAN JUAN DIVISION___

Case number (if known) ___25-01269___

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
     ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest — Reserve 20 space of Parking Lots<br><br>State the term remaining<br><br>List the contract number of any government contract | DRH PARKING MANAGEMENT LLC<br>PO BOX 488<br>Puerto Real, PR 00740 |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest — OFFICE # A-705, AREA 1023.7381 S.M., WITH MONTHLY PAYMENT OF $2,281.23<br><br>State the term remaining — 11/1/2015 TO 10/31/2024<br><br>List the contract number of any government contract | MMM Healthcare, LLC |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest — OFFICES: A-701, A-702,  A-703, AREA 8427 S.M. WITH MONTHLY PAYMENT $ 34,347.05<br><br>State the term remaining — 3/16/2022 TO 3/15/2027<br><br>List the contract number of any government contract | Social Security Administration (GSA) |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name _____CONCORDE METRO SEGUROS LLC_____

United States Bankruptcy Court for the: ___DISTRICT OF PUERTO RICO, SAN JUAN DIVISION___

Case number (if known) ___25-01269_____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1   JOSEPH C. LEBAS JR | 1600 S. FEDERAL HIGHWAY SUITE 570 Pompano Beach, FL 33062 | Banco Popular de PR | ☒ D ___2.1___ ☐ E/F _____ ☐ G _____ |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name _CONCORDE METRO SEGUROS LLC_

United States Bankruptcy Court for the: _DISTRICT OF PUERTO RICO, SAN JUAN DIVISION_

Case number (if known) _25-01269_

☐ Check if this is an amended filing

# Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                  04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:   Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From 01/01/2025 to Filing Date | ☒ Operating a business<br>☐ Other _____ | $156,000.00 |
| For prior year:<br>From 01/01/2024 to 12/31/2024 | ☒ Operating a business<br>☐ Other _____ | $454,975.00 |
| For year before that:<br>From 01/01/2023 to 12/31/2023 | ☒ Operating a business<br>☐ Other _____ | $511,638.00 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ☒ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2:   List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                  Best Case Bankruptcy

Debtor___CONCORDE METRO SEGUROS LLC_____   Case number *(if known)*___25-01269___

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. Banco Popular de PR<br>PO Box 362708<br>San Juan, PR 00936-2708 | 12-10-2024<br>TO 3/10/2025 | $48,418.04 | ☒ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. JOSEPH C. LEBAS JR.<br>1600 S FEDERAL HWY<br>SUITE 570<br>Pompano Beach, FL 33062<br>PRESIDENT | 2024 | $110,000.00 | Reimbursement for Luma Payments |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None.

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None.

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

### Part 3:   Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. KEEP CLEAN, LLC.<br>vs. CONCORDE METRO<br>SEGUROS, LLC.<br>GB2024CV00148 | Collection | TRIBUNAL PRIMERA<br>INSTANCIA<br>CENTRO JUDICAL<br>GUAYNABO | ☐ Pending<br>☐ On appeal<br>☒ Concluded |

Debtor  CONCORDE METRO SEGUROS LLC _____  Case number *(if known)* 25-01269

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.2. BANCO POPULAR vs. CONCORDE METRO SEGUROS LLC<br>BY2024CV02669 | Judgment for consent | TRIBUNAL DE PRIMERA INSTANCIA BAYAMON | ☐ Pending<br>☐ On appeal<br>☒ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

---

**Part 4:  Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:  Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:  Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. VILARINO AND ASSOCIATES, LLC<br>P O BOX 9022515<br>SAN JUAN, PR | | 3/24/2025 | $25,000.00 |
| **Email or website address**<br>www.vilarinolaw.com | | | |
| **Who made the payment, if not debtor?**<br>JOSEPH C. LEBAS JR. | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | CONCORDE METRO SEGUROS LLC | Case number *(if known)* | 25-01269 |

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    CONCORDE METRO SEGUROS LLC                                    Case number *(if known)*    25-01269

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

| Debtor | CONCORDE METRO SEGUROS LLC | Case number *(if known)* | 25-01269 |
|---|---|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number
Do not include Social Security number or ITIN.

Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26a.1. | WARREN AVERETT, LLC
SIX CONCOURSE PARKWAY,
SUITE 600
Atlanta, GA 30328 | 2023 |
| 26a.2. | CORNERSTONE LEGACY FINANCIAL ADVISORS
9817 BAINBRIDGE RD
Chagrin Falls, OH 44023 | 2022 |
| 26a.3. | SILVEY AND ASSOCIATES
10725 BITTERNUT HICKORY
Boynton Beach, FL 33437 | 2019 TO PRESENT |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☒ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| | Name and address |
|---|---|
| 26d.1. | Banco Popular de PR
PO Box 362708
San Juan, PR 00936-2708 |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Debtor    CONCORDE METRO SEGUROS LLC                                Case number *(if known)*  25-01269

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Joseph C. Lebas, Jr. | 1600 S FEDERAL HWY SUITE 570 Pompano Beach, FL 33062 | President and Manager Director | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| TRE Holdings LLC | PO BOX 517 Las Vegas, NV 89125 | PARTNERSHIP | 20% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| CONCORDE POWDER SPRINGS LLC | 1600 S FEDERAL HWY SUITE 570 Pompano Beach, FL 33062 | PARTNERSHIP | 80% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| WILLIAM LEBAS | 1600 S FEDERAL HWY Pompano Beach, FL 33062 | CHIEF OPERATION OFFICER | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|-----------------------------------------------------|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    CONCORDE METRO SEGUROS LLC                                    Case number *(if known)*    25-01269

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     April 9, 2025

/s/ JOSEPH C. LEBAS JR.                                  JOSEPH C. LEBAS JR.
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    ADMINISTRATOR

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

# United States Bankruptcy Court
### District of Puerto Rico, San Juan Division

In re    CONCORDE METRO SEGUROS LLC                           Case No.    25-01269
                                          Debtor(s)            Chapter     11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| CONCORDE POWDER SPRINGS LLC | | 80% | |
| TRE HOLDINGS LLC | | 20% | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the ADMINISTRATOR of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date    April 9, 2025                          Signature   /s/ JOSEPH C. LEBAS JR.
                                                           JOSEPH C. LEBAS JR.

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Puerto Rico, San Juan Division

In re  CONCORDE METRO SEGUROS LLC                                Case No.   25-01269
                                                    Debtor(s)     Chapter    11

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ **FLAT FEE**

For legal services, I have agreed to accept ....................................................   $  _____

Prior to the filing of this statement I have received ......................................   $  _____

Balance Due ...................................................................................................   $  _____

☒ **RETAINER**

For legal services, I have agreed to accept and received a retainer of..........................   $          25,000.00

The undersigned shall bill against the retainer at an hourly rate of................................   $             375.00
[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved
fees and expenses exceeding the amount of the retainer.

2.  The source of the compensation paid to me was:

☒ Debtor      ☐ Other (specify):

3.  The source of compensation to be paid to me is:

☒ Debtor      ☐ Other (specify):

4.  ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  [Other provisions as needed]
    In return for the above-disclosed fee, we have also agreed to render the following legal services:
    a. Meet with the debtor to review the debtor's debts, assets, liabilities, income, and expenses.
    b. Explain to the debtor how the attorney's fees and trustee's fees are paid and provide an executed copy of this document to the debtor.
    c. Advise the debtor of the requirement to attend the ? 341 Meeting of Creditors, and instruct the debtor as to the date, time and place of the meeting.
    d. Advise the debtor of the need to file any due tax returns prior to the ? 341 Meeting of Creditors. e. Advise the debtor of the necessity of maintaining liability, collision and comprehensive insurance on vehicles securing loans or leases.
    f. Timely prepare and file the debtor's petition, statements and schedules.
    g. Appear at the ? 341 Meeting of Creditors with the debtor. h. Prepare, file, and serve necessary amended statements and schedules, in accordance with information provided by the debtor.
    i. Object to improper or invalid claims, if necessary, based upon documentation provided by the debtor.
    j. Represent the debtor in motions for relief from stay and motions to dismiss.
    k. Provide such other legal services as are necessary for the administration of the present case before the bankruptcy court.

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    This agreement does not contemplate any work in local state courts, administrative courts, or any other forum other than the Bankruptcy Court. Adversary proceedings and appeals are also outside the scope of agreement with the debtor(s).

In re   CONCORDE METRO SEGUROS LLC            Case No.   25-01269

                         Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
## (Continuation Sheet)

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| April 9, 2025 | /s/ Javier Vilarino |
| *Date* | Javier Vilarino 223503 |
| | *Signature of Attorney* |
| | Vilarino and Associates LLC |
| | PO Box 9022515 |
| | San Juan, PR 00902 |
| | (787) 565-9894   Fax: |
| | jvilarino@vilarinolaw.com |
| | *Name of law firm* |

## United States Bankruptcy Court
### District of Puerto Rico, San Juan Division

In re    CONCORDE METRO SEGUROS LLC             Case No.    25-01269

                     Debtor(s)            Chapter    11

# VERIFICATION OF CREDITOR MATRIX

I, the ADMINISTRATOR of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    April 9, 2025                  /s/ JOSEPH C. LEBAS JR.

                                            JOSEPH C. LEBAS JR./ADMINISTRATOR
                                            Signer/Title

ANTILLES QUALITY SERVICE
29 C. DIANA
Fort Buchanan, PR 00934


ASOC DE CONDOMINES METRO MEDICAL CENTER
PO BOX 2957
Bayamon, PR 00960


ASOC DE CONDOMINES METRO MEDICAL CENTER
URB. HERMANAS DAVILA
CALLE J #9
Bayamon, PR 00959


Autoridad de Acueductos Alcantarillados
PO Box 70101
San Juan, PR 00936-8101


Banco Popular de PR
PO Box 362708
San Juan, PR 00936-2708


CRIM
PO BOX 195387
San Juan, PR 00919-5387


DRH PARKING MANAGEMENT LLC
PO BOX 488
Puerto Real, PR 00740


DRH PARKING MANAGEMENT LLC
PO BOX 488
Puerto Real, PR 00740


Internal Revenue Services
Internal Revenue Service Center
Austin, TX 73301-0010


JLL
27 GONZALEZ GIUSTI STREET
TRES RIOS BUILDING
Guaynabo, PR 00968


JOSEPH C. LEBAS JR
1600 S. FEDERAL HIGHWAY
SUITE 570
Pompano Beach, FL 33062


JOSEPH C. LEBAS JR.
1600 S. FEDERAL HIGHWAY
SUITE 570
Pompano Beach, FL 33062


LUMA ENERGY
REVENUE PROTECTION
PO BOX 364267
San Juan, PR 00936-4267

```
Marini Pietrantoni Muñiz LLC
250 Ponce de Leon Ave,
Suite 900
San Juan, PR 00918


MOJICA AIR CONDITIONING LLC
AVE. LOMAS VERDES N9
URB. LOMAS VERDES
Bayamon, PR 00956


Municipio de Bayamon
PO Box 1588
Bayamon, PR 00960-1588


PR Treasury Department
PO BOX 9024140
San Juan, PR 00902-4140


TORO COLON MULLET PSC
PO BOX 195383
San Juan, PR 00919


USIC
PO Box 2111
San Juan, PR 00922-2111
```

# United States Bankruptcy Court
## District of Puerto Rico, San Juan Division

In re    CONCORDE METRO SEGUROS LLC           Case No.   25-01269

                               Debtor(s)                 Chapter   11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   CONCORDE METRO SEGUROS LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

CONCORDE POWDER SPRINGS LLC

TRE HOLDINGS LLC

☐ None [*Check if applicable*]

| April 9, 2025 | /s/ Javier Vilarino |
|---|---|
| Date | Javier Vilarino 223503 |
| | Signature of Attorney or Litigant |
| | Counsel for   CONCORDE METRO SEGUROS LLC |
| | Vilarino and Associates LLC |
| | PO Box 9022515 |
| | San Juan, PR 00902 |
| | (787) 565-9894  Fax: |
| | jvilarino@vilarinolaw.com |